UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Automotive Finance Corp.</u>

        v.                         Civil No. 12-cv-78-JL

<u>Habiba Mhaidar</u>

<u>O R D E R</u>

The defendant has filed an Objection to a Motion to Establish Service (doc. no. 5). Pursuant to LR 81.1, motions filed in state court will not be considered unless refiled in this court in accordance with the court's local rules. As the Motion to Establish Service was filed in state court and was not refiled in this court, the court will not consider or rule upon either the Motion to Establish Service or the recently filed Objection.

SO ORDERED.

March 23, 2012                          <u>/s/ Daniel J. Lynch</u>
                                            Daniel J. Lynch
                                            United States Magistrate Judge

cc:    Davi Peters, Esq.
        Habiba Mhaidar, pro se