UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Automotive Finance Corp.</u>

      v.                                        Civil No. 12-cv-78-JL

<u>Habiba Mhaidar</u>


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      Exhibits C and E to the Objection to Motion to Establish Service in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibits to Objection to Motion to Establish Service.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibits C and E of the Objection to Motion to Establish Service, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                        */s/ Landya B. McCafferty*
                                                        Landya B. McCafferty
                                                        United States Magistrate Judge

Date:  March 27, 2012


cc:     Davi Peters, Esq.
         Habiba Mhaidar, pro se